FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VC3, INC., a foreign corporation; and INLINE COMPUTER & COMMUNICATIONS, LLC, a Washington limited liability company,<br><br>            Plaintiffs,<br><br>     v.<br><br>KENNETH YELLEN, individually and in his marital community; and PACIFIC EDGE ENTERPRISE TECHNOLOGY SERVICES LLC, a Washington limited liability company,<br><br>            Defendants. | No. 4:25-CV-05037-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    Before the Court is the parties' Agreed Motion for Protective Order, ECF No. 11. Plaintiffs are represented by Darren A Feider and Monica Ghosh. Defendants are represented by George F. Cicotte. The motion was heard without oral argument.

    The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** #1

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Agreed Motion for Protective Order, ECF No. 11, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 22nd day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** #2