FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VC3, INC., a foreign corporation; and INLINE COMPUTER & COMMUNICATIONS, LLC, a Washington limited liability company, | No. 4:25-cv-05037-SAB |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| KENNETH YELLEN, individually and in his marital community; and PACIFIC EDGE ENTERPRISE TECHNOLOGY SERVICES LLC, a Washington limited liability company, | |
| Defendants. | |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 13. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.     The above-captioned case is **DISMISSED with prejudice** and

**ORDER OF DISMISSAL** # 1

without costs or attorney's fees to any party.

     **IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

     **DATED** this 2nd day of June 2026.



               Stan Bastian
        Chief United States District Judge

**ORDER OF DISMISSAL** # 2